UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TONY KETCHUM and APRIL KETCHUM, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| SERVICEMASTER OF CHATTANOOGA, INC,, BOBBY WEST and TERRY WEST, | ) ) ) |
| Defendants. | ) ) |

No.: 1:22-CV-177-KAC-CHS

## STIPULATION OF DISMISSAL

COME the Parties, by and through their counsel and stipulate to the Dismissal of this case pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, with the Parties bearing their own attorney's fees and costs.

This 2nd Day of January 2024.

BURNETTE, DOBSON & PINCHAK

By: _s/ *H. Eric Burnette*_____
      Frank P. Pinchak, BPR No. 002094
      H. Eric Burnette, BPR No. 020777
      711 Cherry Street
      Chattanooga, TN 37402
      Phone: (423) 266-2121
      Fax:  (423) 266-3324
      Email:  fpinchak@bdplawfirm.com
      Email: eburnette@bdplawfirm.com

      *Counsel for Plaintiffs*

By: _s/ *Paige M. Lyle*_
Mark E. Stamelos (TN 021021)
Paige M. Lyle (TN 032959)
**FORDHARRISON LLP**
150 3rd Avenue South
Suite 2010
Nashville, TN 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com
plyle@fordharrison.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/__H. Eric Burnette_____